

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

DELMAR LIPFORD,

                           Plaintiff,

    v.

THE CITY OF ROCHESTER, POLICE OFFICER
ALEXANDER C. BALDAUF, POLICE OFFICER
RICKY J. HARRIS, JR.,

                           Defendants.

**STIPULATION OF DISMISSAL**

16-CV-6266 (FPG)(MWP)

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties herein, that whereas no party is an infant or an incompetent for whom a committee or a conservatee has been appointed, and no person not a party has an interest in the subject matter of this proceeding, this action is hereby dismissed with prejudice.

BY: _____
ELLIOT DOLBY-SHIELDS, Esq.
*Attorney for Plaintiff*
192 Lexington Avenue, Suite 802
New York, New York 10016

BY: _____
BRIAN F. CURRAN
Corporation Counsel
Patrick Beath, Of Counsel
*Attorneys for Defendant*
30 Church Street, Room 400A
Rochester, New York 14614

**SO ORDERED:**

Dated: Dec. 19, 2017
Rochester, New York

_____
HON. FRANK P. GERACI, JR.
U.S. DISTRICT JUDGE